675 A.2d 1207

**In the Matter of Salvador J. SALAZAR Petition for Reinstatement.**

**No. 516, Disciplinary Docket No. 2—Supreme Court. No. 14 DB 86 Disciplinary Board.**

Supreme Court of Pennsylvania.

May 6, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 6th day of May, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated March 22, 1996, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.